UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SHARDA GREEN,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendants. | Case No. 8:25-cv-00853-WLH-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1 at 6-8 (CM/ECF pagination)), the Motion to Dismiss the Complaint (Dkt. 3, "Motion"), and the Report and Recommendation of the magistrate judge (Dkt. 8, "Report"). No timely objection to the Report was filed. The Report is approved and accepted.

　　　Therefore, it is ORDERED that (1) the Motion (Dkt. 3) is GRANTED and (2) Judgment shall be entered dismissing this action with prejudice.

Dated: August 1, 2025

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　　　　　United States District Judge