JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SHARDA GREEN, | Case No. 8:25-cv-00853-WLH-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED with prejudice.

Dated: 8/1/2025

WESLEY L. HSU
United States District Judge